1  Carlos Makoto Taitano, State Bar No. 275820
   Taitano & Taitano LLP
2  P.O. Box 326204
   Hagatna, Guam 96932
3  Telephone:     (671) 777-0581
   Email:         cmakototaitano@taitano.us.com
4
   *Attorney for Applicant*
5  Soo Young Kim

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of ) | Case Number: |
| ) | |
| Soo Young Kim, ) | **DECLARATION OF SOO YOUNG KIM** |
| ) | **IN SUPPORT OF SOO YOUNG KIM'S *EX*** |
| Applicant. ) | ***PARTE* APPLICATION FOR ORDER** |
| ) | **PURSUANT TO 28 U.S.C. § 1782** |
| ) | **AUTHORIZING DISCOVERY FOR USE** |
| ) | **IN FOREIGN PROCEEDINGS** |
| ) | |
| ) | |
| ) | |

I, Soo Young Kim, declare that:

1. I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2. I own and operate a real estate investment school in the Republic of Korea.

3. This declaration is in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4. An anonymous individual (hereinafter "**User**") published a video (hereinafter "**Video**") concerning me on his YouTube channel named "Kim Jung's Kim Bootoo Out" (hereinafter "**YouTube Channel**") at https://www.youtube.com/watch?si=QKsg1WtjY3DRkJZr&v=yQzZsK1YBJY&feature=youtu.be; the Video states various falsities that harm my reputation and has interfered with my business.

***Declaration of Soo Young Kim***

5. The Video is almost entirely false, with numerous falsities contained in it; the following are a sample of the falsities contained in the Video.

6. Contrary to the Video, I have dated two students before, not multiple girls, and I was not dating them at the same time; and contrary to the Video, I am not having sexual relationships with girls that I am not dating.

7. Although it is true that I borrowed money from a student, that was only on one occasion, and I did not ask or seek the loan, but instead, the student offered to lend me the money; I returned the money the next day.

8. Contrary to the Video, I never recommended to any student to purchase any specific real property; instead, I would recommend to students to monitor various properties.

9. Contrary to the Video, I have never copied and pasted answers to course answers and questions; there may have been questions and answers that are similar to other courses, but that is simply the nature of real estate investment, and where there are similar questions, answers may be inevitably similar because of that.

10. Contrary to the Video, the vast majority of students from the Class 101 commented that they were satisfied with the class, and have become successful investors.

11. The Video makes it appear as though the Applicant changed identities after a negative event; that is plainly false, and although the Applicant was not able to continue live classes during Covid19 because of restrictions, he remained active online teaching students, and never disappeared from sight as the User accuses the Applicant.

12. Contrary to the Video, the Applicant never removed any students from group chats.

13. Contrary to the Video, the Applicant provide biweekly two-hour classes, often held picnics, often held onsite check-in times for the real properties, and offered one-on-one chat counseling to students.

14. Contrary to the Video, the Applicant never sold or promoted officetels in Incheon, but held check-in time for various properties.

15. The Video contains significant falsities and misleading statements that have caused significant harm to the Applicant's business, whereby numerous students that had signed-up for

Page **2** of **3**

*Declaration of Soo Young Kim*

the Applicant's class quit the Applicant's class after viewing the Video, and provided the Video as the reason why they were quitting the Applicant's class.

16. I have filed a civil lawsuit against the User in the Seoul Northern District Court in the Republic of Korea, Civil Case Number 2024Gadan144159, for defamation and business interference (hereinafter "**Civil Case**").

17. I have thoroughly reviewed the information on the YouTube Channel to find information that may lead to the true identity of the User, but I have been unable to find any identifying information that will reveal the true identity of the User.

18. I had previously filed a civil lawsuit against the User but the case was dismissed because I was unable to identify the true identity of the User.

19. I have also searched online to find information that may lead to the true identity of the User, but I was unable to find any identifying information that may lead to the true identity of the User.

20. I have been unable to identify the true identity of the User, preventing me from proceeding with the Civil Case against the User.

21. Unless the true identity of the User is revealed, I will be unable to pursue the Civil Case against the User.

22. The identity of the User will only be used for the purpose of the Civil Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July __31__, 2025.

SOO YOUNG KIM

*Declaration of Soo Young Kim*