1  Carlos M. Taitano, State Bar No. 275820
   Taitano & Taitano LLP
2  P.O. Box 326204
   Hagatna, Guam 96932
3  Telephone:   (671) 777-0581
   Email:       cmakototaitano@taitano.us.com
4
   *Attorney for Applicant*
5  *Soo Young Kim*

6                      UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8  *In re Ex Parte* Application of        )
                                          )   Case Number:
9  Soo Young Kim,                         )
                                          )   **DECLARATION OF JEONGWON HONG**
10                Applicant.              )   **IN SUPPORT OF SOO YOUNG KIM'S *EX***
                                          )   ***PARTE* APPLICATION FOR ORDER**
11                                        )   **PURSUANT TO 28 U.S.C. § 1782**
                                          )   **AUTHORIZING DISCOVERY FOR USE**
12                                        )   **IN FOREIGN PROCEEDINGS**
                                          )
13                                        )
                                          )
14 _____)

15         I, Jeongwon Hong, declare that:

16         1.      I am more than 21 years of age, am competent to testify on the matters stated in this

17 declaration, and, except as may be otherwise stated in this declaration, have personal knowledge

18 of the matters stated in this declaration.

19         2.      I am qualified to translate from the Korean language to the English language

20 because I read, write, and understand both the English language and the Korean language, fluently.

21         3.      This declaration is in support of Soo Young Kim's <u>*Ex Parte* Application for Order

22 Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings</u>.

23         4.      **Exhibit A** attached hereto is a true and a correct transcript of relevant parts of the

24 audio recording in the Korean language of the YouTube video located at

25 https://www.youtube.com/watch?si=QKsg1WtjY3DRkJZr&v=yQzZsK1YBJY&feature=youtu.b

26 e that I prepared and that is referred to in paragraph 4 of the Declaration of Soo Young Kim (which

27 declaration will be submitted contemporaneously herewith).

28

                                          Page **1** of **2**

*Declaration of Jeongwon Hong*

5. **Exhibit B** attached hereto is a true and a correct English translation of Exhibit A that is referred to herein that I prepared.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2025.

_____
JEONGWON HONG

*Declaration of Jeongwon Hong*

**채널명 : 김정의 김부투 아웃**

**영상 주소 :**

https://www.youtube.com/watch?si=QKsg1WtjY3DRkJZr&v=yQzZsK1YBJY&feature=youtu.be

**업로드 날짜 :** 2024년 10월 11일

**조회 수 :** 2025년 05월 21일 기준 9,135회

| 게시일 | 동영상 제목<br>[영상 시간(초)] | 내용 | 시작 시간 (초) | 끝나는 시간 (초) |
|---|---|---|---|---|
| 2024.10.11 | 부투스쿨 tv 논란 김부투 논란 김수영 실체 강의 수강 전에 꼭 보셔야 할 영상 젊은부자마을 유비 자본심 3000만원 투자 김수영부동산투자학교 부투사관학교 4050친절한재테크<br><br>[5:23] | 한 번에 여러 여자 수강생들과 잠자리를 하고 다닌다. | 0:00 | 0:02 |
| | | 사귀기도 싫어하지만 피임도 하기 싫어한다. | 0:03 | 0:04 |
| | | 수강생에게 돈을 빌렸다. | 0:05 | 0:06 |
| | | 클래스 101 코칭권 답변들을 복붙했다가 들켰다. | 0:07 | 0:09 |
| | | 부동산 규제가 터지니 수강생들을 나몰라라 하고 잠수를 탔다 | 0:09 | 0:12 |
| | | 황금나무란 임장 실전 유료 수업에서 주변까지 텅텅 비어있는 청라의 공실 상가를 추천해줬다. | 0:13 | 0:17 |
| | | 모두 한 부동산 강사의 만행들입니다 | 0:18 | 0:19 |
| | | 이 영상은 더 이상의 피해자가 발생하지 않도록 공익을 목적으로 제작되었습니다. | 0:20 | 0:24 |
| | | 2019 년 신사임당님의 채널에 나와 수강생을 모았던 부동산 강사 유비, 김수영. | 0:25 | 0:28 |
| | | 수강생들의 카톡 폭로 이후 잠수를 | 0:29 | 0:33 |

1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| | | 타다 '김수영부동산투자학교'라는 이름으로 돌아왔습니다. | | |
| | | 하지만 반성은 커녕 2년 전과 같은 일들을 저지르고 있어, 피해자들이 속출하고 있습니다. | 0:34 | 0:37 |
| | | '유비'라는 닉네임을 썼던 김수영은 '젊은 부자 마을'이란 부동산 네이버 카페를 운영했습니다. | 0:38 | 0:41 |
| | | 카페에서 지역 분석과 경매이론반, 임장실전반, 컨설팅을 운영하다가 멤버십이란 명목 하에 수강생 300명 이상까지 받기도 했었죠. | 0:42 | 0:48 |
| | | 처음에는 특유의 사탕 발림으로 매주 임장을 가고, 한 달에 한 번씩은 꼭 자신이 전국 지역 분석과 시황을 말해주며 양질의 강의를 제공해주겠다, 1 대 1 물건 상담도 해주겠다, 라며 수강생을 모집했습니다. | 0:49 | 0:59 |
| | | 하지만 한달에 한번도 지켜지지 않았고, 강의를 한다고 해도 내내 수강생 출석, 뉴스 읽기, 부동산 지인과 호갱 노노만 들어갔다 나오는 성의 없는 강의 준비로 수강생들을 갸우뚱하게 만들었죠. | 1:00 | 1:09 |
| | | 그가 그렇게 메리트 있다며 감수 했던 1대1 카톡 질의 응답은 질문을 보내도 답변이 하루 이틀 뒤에 와, '질의 응답'이 전혀 이루어지지 않았습니다 | 1:10 | 1:16 |
| | | "과연 읽어본 게 맞는가?" 싶을 정도의 뜬구름 잡는 답변들. 수강생들은 이런 그의 태도에 질려 | 1:17 | 1:22 |

2

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| | | 버리고 맙니다. | | |
| | | 이런 와중에 15만원짜리 클래스 101 코칭권 답변을 복붙했다가 뽀록이 나고 말죠. | 1:23 | 1:27 |
| | | 클래스 101은 강의만 들을 수도 있고, 별도의 코칭권을 구매하여 강사에게 질문을 할 수 있습니다. | 1:28 | 1:32 |
| | | 답변으로는 A4 용지 1 장 이내로 답변을 작성해서 보내준다고 하죠. | 1:33 | 1:36 |
| | | 홈페이지 설명 란에는 "본인만을 위한 현실적이고, 전반적인 부동산 투자 방향성 및 투자 전략에 대한 코칭을 해드리고, 입찰 및 투자 예정인 지역 및 물건에 대한 조언 및 상담을 해드립니다.", "꼭 경매 물건이 아니더라도 상담해드립니다" 라 적혀 있습니다. | 1:37 | 1:47 |
| | | 설명만 보면 아주 그럴싸해 보이죠? | 1:48 | 1:49 |
| | | 이걸 보고 15 만원을 추가로 결제한 수강생들은 꼼꼼하게 자신의 상황을 적어 보내게 됩니다. | 1:50 | 1:55 |
| | | 코칭권에 대한 답변을 받고 수강생들은 분노하게 되고, 카페에 글을 올리고 환불을 요청하는 사태가 잇따릅니다. 왜 였을까요? | 1:56 | 2:01 |
| | | 답변이 늦게 온 건 이해할 수 있지만 성의 없는 내용 때문에 오픈 채팅방에서 이야기들이 나왔고, 결국 내용이 같았다는 것까지 알게 됩니다 | 2:01 | 2:08 |

3

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| | | 자신의 모든 상황을 자세히 적어 보냈음에도 불구하고, "경매 시장에 큰 기회가 올 것 같으니 열심히 하세요!"가 다인 답변에 기가 차 하시는 모습입니다. | 2:09 | 2:16 |
| | | 여기에 김수영은 변명조로 어설프게 투자를 해버린 물건이 있으면 지금 시장에서는 내내 해당 물건이 짐으로 남게 된다는 식, 오해하고 있다는 식으로 답변을 답니다 | 2:17 | 2:24 |
| | | 하지만 똑똑한 소비자이셨던 이분은 아무리 읽어봐도 그러한 의도가 있었다고 생각하지 않는다고 대댓을 다셨군요. | 2:25 | 2:29 |
| | | 그렇게 어설프게 투자를 하지 말라는 분이 그간 인천 빌라와 오피스텔을 추천하셨나요? | 2:30 | 2:34 |
| | | 클래스 101 이후에도 임장 투자반, 일명 황금나무를 수강한 사람들에게 청라의 한 상가를 입찰하라 추천해주었죠. | 2:34 | 2:39 |
| | | 이 수강생들은 이제 막 투자를 시작한 부동산 "초보"였습니다. | 2:40 | 2:44 |
| | | 임장을 가보니 전체가 텅텅 빈 공실. 게다가 최저가가 시세보다 2배 높은 상황. 고수들도 쩔쩔맨다는 신도시 상가. 초보에게 추천을 해준다? 수강생들은 그저 어이가 없을 뿐이었죠. | 2:44 | 2:53 |
| | | 상담을 한 후 서울 집을 매도해버린 회원, 상담 후 매수했다가 집값이 떨어져 이혼 위기란 회원, 시황을 | 2:54 | 3:06 |

4

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| | | 읽지 못한 김수영의 오판이 나온 참사의 결과가 하나 둘씩 나오기 시작하더니, 결국 여성회원의 폭로를 시작으로 피해자가 속출하기 시작합니다. | | |
| | | 이분은 김수영과 데이트와 성관계까지 맺었지만, 명확한 관계 정립이 없어 의아해 하던 중 자신 뿐만 아닌 다른 여성 회원들과도 이런 식으로 지낸다는 걸 알게 되었고, 공개적으로 김수영의 잘못을 꾸짖어 주셨습니다. | 3:06 | 3:15 |
| | | 사귀지도 않으면서 끊임없이 결혼에 대한 여지를 주었다니, 역시 결혼 영상으로 수강생을 모으신 분 답습니다 | 3:16 | 3:21 |
| | | 게다가 피임은 죽어도 안 하신다니요. | 3:22 | 3:23 |
| | | 몇 천 만원이 없어 수강생에게 돈까지 빌린 것도 탄로나게 됩니다 | 3:24 | 3:26 |
| | | 이 카톡 후 바로 다음 회원의 피해 사례가 올라옵니다. "똑같이" 당했다고 증언해주시는 모습입니다. | 3:27 | 3:31 |
| | | 수강생들의 원성이 들려 이후 김수영의 변명이 올라옵니다. "4천만원 부족한데 빌려줄래?" 웃으면서 농담처럼 물었다, 라고 합니다. 농담도 참 우습습니다 | 3:32 | 3:40 |
| | | 이렇게 김수영은 수강생들을 기만하는 사과 아닌 사과문과 함께 수강생들 단체 카톡방에서 내쫓아버립니다. | 3:41 | 3:45 |
| | | 내쫓아진 수강생들의 쌓여온 분노는 폭발하게 되죠. | 3:46 | 3:49 |

5

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| | | 평소에 잘 해왔다면 이렇게 사람들이 화를 낼까? 로 생각해보시면 답이 나올 것으로 보입니다. | 3:50 | 3:54 |
| | | 억지로 누르고 잠수를 탄 후, 잠잠해지나 싶었으나 유튜브로 돌아온 김수영. '김수영 부동산 투자학교 이하 김부투' 2년이 지난 지금도 똑같은 행동들을 반복해 문제가 되고 있습니다. | 3:54 | 4:03 |
| | | 9시까지 모임이 제한된 날에 에어비앤비를 빌려서 새벽 5시까지 여성 회원들과 번개를 즐기는 모습. 임장+지역분석+경매+독서하는 "패밀리"라는 330만원의 멤버십을 팔이한 후 임장은 오지 않고, 지역분석은 엉망이고, 경매 강의는 매주 같은 내용에, 독서는 니들이 알아서 정해서 해라? | 4:04 | 4:19 |
| | | 번개는 참석하고, 임장은 참석 안하는 모습이 역시 사람은 변하지 않는다는 것을 보여줍니다. | 4:20 | 4:24 |
| | | 카톡방을 미혼방과 기혼방으로 나누기도 했습니다 | 4:25 | 4:27 |
| | | 투자 방향을 달리해야 한다고 했지만, 다시 그 방들이 합쳐지면서 그것 또한 변명임이 알려졌습니다. | 4:28 | 4:32 |
| | | 미혼방에서는 사이좋게 등산도 간다 합니다. 물론 임장 대신이랍니다. 무주택자, 유주택자로 나눈 것도 아닌 미혼방과 기혼방이라, 이 정도면 듀오(결혼정보회사 이름) 아닙니까? | 4:33 | 4:40 |

**Exhibit A**

|  |  | 김수영의 사생활이 더럽던, 난잡하던, 수강생은 알 바가 아니죠. 하지만 이 수강생들이 난잡함의 "대상"이 되면 "알 바"가 되는 것이죠. | 4:41 | 4:48 |
|---|---|---|---|---|
|  |  | 투자 또한 본인의 몫이지만, 몇 십에서 몇 백 만 원의 돈을 받고 추천을 해주는 것이면 적어도 성의는 보이세요. | 4:48 | 4:53 |
|  |  | 추천해줘서 샀는데 몇 천, 몇 억 떨어지고 "응, 투자는 본인 몫." 참 쉽게 돈 버십니다. | 4:54 | 4:59 |
|  |  | 돈 주는 사람도 받는 사람도 "신중" 해야 하는 것이 컨설팅입니다. 공짜가 아닌 돈을 받고 추천을 했다면 적어도 그 부분을 부인하지 말아야 합니다 | 5:00 | 5:07 |
|  |  | 진짜 투자를 하시고, 자산을 늘리시고 싶고, 부자가 되고 싶은 분이라면 김수영 부동산 투자학교는 피하시는 게 좋겠습니다. | 5:07 | 5:13 |
|  |  | ps. 특히 젊은 여성 회원분들께는 이 이모티콘을 자주 쓴다하니 현재 수강생 분들은 조심하시길 바랍니다. 계속 결혼을 하자는 식으로 현혹한다고 합니다. 자나깨나 조심, 또 조심. | 5:14 | 5:23 |

7

**Exhibit A**

**Channel Name:** Kim Jung's Kim Bootoo Out

**Video URL:**

https://www.youtube.com/watch?si=QKsg1WtjY3DRkJZr&v=yQzZsK1YBJY&feature=youtu.be

**Upload Date:** October 11, 2024

**Views:** 9,135 as of May 21, 2025

| Date Posted | Video Title [Duration (s)] | Content | Start Time (s) | End Time (s) |
|---|---|---|---|---|
| Oct 11, 2024 | Controversy over Bootoo School TV \| Kim Bootoo Controversy \| The Truth About Kim Sooyoung A must-watch video before taking the course — Young Wealth Village, Youbi, Capital Mindset, 30 Million KRW Investment, Kim Sooyoung Real Estate Investment School, Bootoo Academy, 4050 Friendly Finance Tips [5:23] | He sleeps with multiple female students at the same time. | 0:00 | 0:02 |
| | | Doesn't want to date, but doesn't care to use protection either. | 0:03 | 0:04 |
| | | Borrowed student money. | 0:05 | 0:06 |
| | | He was caught copy-pasting answers for the Class 101 coaching pass. | 0:07 | 0:09 |
| | | When real estate regulations hit, he ghosted his students and disappeared. | 0:09 | 0:12 |
| | | In the paid field class called "Golden Tree," he recommended a vacant shopping unit in Cheongna where even the surrounding area was empty. | 0:13 | 0:17 |
| | | These are all misdeeds of one real estate instructor. | 0:18 | 0:19 |
| | | This video was created for the public interest, to prevent any more victims. | 0:20 | 0:24 |
| | | In 2019, a real estate instructor named Youbi, Kim Sooyoung, appeared on Shin Saimdang's YouTube channel and recruited students. | 0:25 | 0:28 |

1

**Exhibit B**

| | | | | |
|---|---|---|---|---|
| | | After students exposed him via KakaoTalk, he disappeared and then returned under the name "Kim Sooyoung Real Estate Investment School." | 0:29 | 0:33 |
| | | But instead of reflecting, he repeated the same actions from two years ago, and more victims followed. | 0:34 | 0:37 |
| | | Kim Sooyoung, who once used the nickname "Youbi," ran a real estate Naver Café called "Young Wealth Village." | 0:38 | 0:41 |
| | | He managed area analysis groups, auction theory classes, practical field visits, and consulting through the café. At one point, he had over 300 students under a "membership" label. | 0:42 | 0:48 |
| | | At first, he used sweet talk to promise weekly site visits and monthly nationwide market analyses and quality lectures, even offering 1:1 property consultations, to recruit more students. | 0:49 | 0:59 |
| | | However, he never kept his monthly promises. Even when lectures were held, they were unprepared and insincere — just attendance, news reading, and showing portals like Budongsan Jiin or Hogang No-No, which perplexed the students. | 1:00 | 1:09 |
| | | And the highly promoted 1:1 Kakao Q&A? Replies came after a day or two, rendering it useless. | 1:10 | 1:16 |

2
**Exhibit B**

|  |  | Students grew tired of vague and irrelevant answers that made them wonder, "Did he even read my question?" | 1:17 | 1:22 |
|--|--|--|--|--|
|  |  | Eventually, he was exposed for copy-pasting Class 101 coaching responses worth 150,000 KRW. | 1:23 | 1:27 |
|  |  | On Class 101, you can attend just the course or purchase a separate coaching pass to ask the instructor questions. | 1:28 | 1:32 |
|  |  | According to the promise, responses are sent within one A4 page. | 1:33 | 1:36 |
|  |  | The course description states: "Get realistic and comprehensive coaching on real estate investment directions and strategies, as well as consulting on regions and properties you plan to bid on or invest in. Even non-auction questions are welcome." | 1:37 | 1:47 |
|  |  | Sounds convincing on paper, right? | 1:48 | 1:49 |
|  |  | Students who paid the extra 150,000 KRW sent in detailed personal info. | 1:50 | 1:55 |
|  |  | But when they received lazy, delayed replies, they took to forums to post complaints and demand refunds. Why? | 1:56 | 2:01 |

3
**Exhibit B**

|  |  | Late replies could be forgiven, but the content was clearly copied. Group chats revealed the identical replies. | 2:01 | 2:08 |
|---|---|---|---|---|
|  |  | Despite sending detailed personal info, all they got was, to their anger: "The auction market looks promising. Do your best!" | 2:09 | 2:16 |
|  |  | Kim Sooyoung tried to deflect criticism, saying he was misunderstood, and that poorly chosen properties would remain burdens under the current market. | 2:17 | 2:24 |
|  |  |  |  |  |
|  |  | But responders pushed back saying they did not believe that would be the true intent of such a smart consumer. | 2:25 | 2:29 |
|  |  | This "don't invest poorly" guy — wasn't he the one recommending villas and officetels in Incheon? | 2:30 | 2:34 |
|  |  | Even after the Class 101 scandal, he continued running his "Golden Tree" field investment class and told students to bid on a certain shopping unit in Cheongna. | 2:34 | 2:39 |
|  |  | These students were complete beginners in real estate. | 2:40 | 2:44 |

4
**Exhibit B**

| | | | | |
|---|---|---|---|---|
| | | When they visited the site, it was entirely vacant. The lowest bid price was double the market rate. It was a new city shopping unit known to stump even veteran investors. Recommending that to a beginner? Students were dumbfounded. | 2:44 | 2:53 |
| | | One member sold their Seoul home based on his consultation. Another bought based on his advice and now faces divorce due to falling prices. These were the results of Kim Sooyoung's poor market reading. Once a female member spoke out, more victims followed. | 2:54 | 3:06 |
| | | This woman had dated Kim Sooyoung and had sex with him, but he avoided defining their relationship. Later, she realized he had been involved with other female students in the same way. She publicly condemned him. | 3:06 | 3:15 |
| | | He gave her false hope about marriage without even dating her. Quite predictable for someone who lures students with marriage-related videos. | 3:16 | 3:21 |
| | | And yet, he absolutely refused to use protection. | 3:22 | 3:23 |
| | | Eventually, it was revealed that he even borrowed millions of KRW from students. | 3:24 | 3:26 |
| | | Following this KakaoTalk post, another victim stepped forward, saying, "He did the exact same thing to me." | 3:27 | 3:31 |

5
**Exhibit B**

| | | | | |
|---|---|---|---|---|
| | | Student complaints piled up. Kim Sooyoung replied with excuses: "I was short 40 million KRW and jokingly asked if they'd lend it to me." Quite the joke. | 3:32 | 3:40 |
| | | He then removed students from the group chat without apology — a fake apology at best. | 3:41 | 3:45 |
| | | The banned students exploded with anger. | 3:46 | 3:49 |
| | | If he'd acted with integrity, would people have gotten this angry? You can guess the answer. | 3:50 | 3:54 |
| | | He disappeared again for a while, but then returned to YouTube with "Kim Sooyoung Real Estate Investment School," aka Kim Bootoo. Two years later, he's still doing the same things. | 3:54 | 4:03 |
| | | He rents Airbnbs on nights when meetings are restricted past 9 p.m. and parties with female students until 5 a.m. | 4:04 | 4:19 |
| | | Meanwhile, for his 3.3 million KRW "Family" membership, he skips field visits, gives messy area analyses, recycles the same auction content weekly, and tells students to choose their own books. | | |
| | | He shows up for parties but skips field visits — proving people don't change. | 4:20 | 4:24 |

|  |  | He even split the Kakao group chat into "single" and "married" rooms. | 4:25 | 4:27 |
|---|---|---|---|---|
|  |  | He claimed it was to differentiate investment approaches, but when the rooms were later merged, his excuse fell apart. | 4:28 | 4:32 |
|  |  | Apparently, they even went hiking in the "singles" room — instead of doing field visits. Dividing people into "singles" and "marrieds" instead of "homeowners" and "non-homeowners"? Sounds more like a dating service, like Duo. | 4:33 | 4:40 |
|  |  | Whether Kim Sooyoung's private life is messy or not, it's not the students' business. But when students become the target of that mess, it absolutely is. | 4:41 | 4:48 |
|  |  | Investment is each person's responsibility. But if you're taking hundreds of thousands of KRW to make recommendations, at least show some commitment. | 4:48 | 4:53 |
|  |  | If you recommend a property and it drops by tens or hundreds of millions — saying "Investment is your own responsibility" is way too easy. | 4:54 | 4:59 |
|  |  | Consulting requires both the giver and receiver to be cautious. If you're getting paid, at least don't deny your responsibility. | 5:00 | 5:07 |
|  |  | If you truly want to invest, grow assets, and become wealthy, it's best to stay away from the Kim Sooyoung Real Estate Investment School. | 5:07 | 5:13 |

7
**Exhibit B**

|  |  | P.S. He's known to use a specific emoji frequently with young female members. If you're a current student, be careful. He's reportedly trying to lure women in by constantly suggesting marriage. Watch out, always. | 5:14 | 5:23 |